| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 5427733 | **DATE** 01/14/2019 |
|---|---|---|---|---|

| **NAME** SALAS-ROMAN, Elias | **OFFICER** Ann R. Smith | **JUDGE** Mark A. Goldsmith | **DOCKET #** 18-CR-20658-01 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 11/20/2018 **COMMENCED** 11/20/2018 **EXPIRATION** 12/19/2019 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** III | **TOTAL OFFENSE LEVEL** 6 | **PHOTO** **M-19-497** |
|---|---|---|---|---|

| **ASST. U.S. ATTORNEY** Susan E. Fairchild | **DEFENSE ATTORNEY** Benton C. Martin |
|---|---|

| **REPORT PURPOSE** **TO ISSUE A WARRANT** |
|---|

| **ORIGINAL OFFENSE** Count 1: 8: U.S.C. § 1326(a), Unlawful Reentry |
|---|

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of two months, to be followed by a one-year term of supervised release (if deported, unsupervised).

## ORIGINAL SPECIAL CONDITIONS

None.

Criminal Monetary Penalty: Special Assessment $100.00 (Balance: $100.00).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." On December 4, 2018, the offender was deported from the United States through Brownsville, Texas. On December 28, 2018, the offender was encountered by Border Patrol Agents near Rio Grande City, Texas. SALAS-ROMAN has been charged in violation of 8 U.S.C. § 1326 in the United States District Court, Southern District of Texas. The offender is currently detained pending future court dates, under Criminal Complaint Case Number M-18-2670-M. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 5427733 | **DATE** 01/14/2019 |
|---|---|---|---|---|

| NAME SALAS-ROMAN, Elias | OFFICER Ann R. Smith | JUDGE Mark A. Goldsmith | DOCKET # 18-CR-20658-01 |
|---|---|---|---|

| I declare under penalty of perjury that the foregoing is true and correct. **SUPERVISING PROBATION OFFICER** s/Ann R. Smith/kb 734-741-2076 | DISTRIBUTION Court |
|---|---|
| ASSISTANT DEPUTY CHIEF PROBATION OFFICER s/Michelle D. Livingston 313-234-5579 | PROBATION ROUTING Data Entry |

**THE COURT ORDERS:**

[ ]    The Issuance of a Warrant

[ ]    Other

_____
United States District Judge

1/14/19
_____
Date