| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 2** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 5427733 | **DATE** 01/14/2019 |
|---|---|---|---|---|
| **NAME** SALAS-ROMAN, Elias | **OFFICER** Ann R. Smith | **JUDGE** Mark A. Goldsmith | | **DOCKET #** 18-CR-20658-01 |

## GENERAL ADJUSTMENT TO SUPERVISION

**M-19-497**

There is no general adjustment to supervision to address as after SALAS-ROMAN served his two months incarceration, he was deported to Mexico on December 4, 2018.

Less than a month later, he illegally re-entered the United States and was found by Border Patrol Agents in Rio Grande City, Texas.

A criminal record check completed through Access to Law Enforcement Systems (ATLAS) conducted on January 7, 2019, revealed no new criminal activity.

## MAXIMUM STATUTORY PENALTY

The maximum statutory penalty for the violation of supervised release is one-year, as the offender was originally convicted of a Class E Felony. 18 U.S.C. § 3583(e)(3). There is no adjustment for prison time imposed for any previous revocation of the term of supervised release.

The offender may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment. 18 U.S.C. § 3583(h). The maximum prison term that may be imposed at revocation is set forth at 18 U.S.C. § 3583(e)(3), and ranges from one year to five years, based on the class of the original offense. The permissible length of a new term of supervised release is the authorized term of supervised release for the original offense minus the prison term imposed for the current revocation. No credit is given for street time. Under these provisions, no additional term of supervised release would be available in situations where the length of the term of supervised release authorized by statute is equal to the length of the prison term imposed in response to the current revocation.

## GUIDELINE POLICY PROVISIONS

The guideline imprisonment range from the policy statement at U.S.S.G. § 7B1.4, is a term of 8 to 14 months for an offender convicted of a Grade B violation with a Criminal History Category of III.

According to the policy statement at U.S.S.G. § 7B1.3(a)(1), upon a finding of a Grade B violation, the Court shall revoke supervised release.

In the case of a Grade B violation where the minimum term of imprisonment determined under U.S.S.G. § 7B1.4 is more than six months but not more than ten months, the minimum term may be satisfied by a term of imprisonment, or a sentence of imprisonment that includes a term of supervised release with a condition that substitutes community confinement or home confinement according to the schedule in U.S.S.G. § 5C1.1(e), provided that at least one-half of the minimum term is satisfied by imprisonment.

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 2 | U. S. Probation Office Eastern District of Michigan | PACTS 5427733 | DATE 01/14/2019 |
|---|---|---|---|---|
| NAME SALAS-ROMAN, Elias | | OFFICER Ann R. Smith | JUDGE Mark A. Goldsmith | DOCKET # 18-CR-20658-01 |

According to U.S.S.G. § 7B1.3(f), "Any term of imprisonment imposed upon the revocation of probation or supervised release shall be ordered to be served consecutively to any sentence of imprisonment that the defendant is serving, whether or not the sentence of imprisonment being served resulted from the conduct that is the basis of the revocation of probation or supervised release."

### FACTORS THAT MAY WARRANT DEPARTURE/ VARIANCE

Section 7B1.4, Application Note Four states: "Where the original sentence was the result of a downward departure (e.g., as a reward for substantial assistance), or a charge reduction that resulted in a sentence below the guideline range applicable to the defendant's underlying conduct, an upward departure may be warranted."

At the time of sentencing, the offender's guidelines were 2 to 8 years. He was sentenced to two months.

| SUPERVISING PROBATION OFFICER | DISTRIBUTION |
|---|---|
| s/Ann R. Smith/kb 734-741-2076 | **FOR COURT ONLY – DO NOT FILE** |
| ASSISTANT DEPUTY CHIEF PROBATION OFFICER | PROBATION ROUTING |
| s/Michelle D. Livingston 313-234-5579 | Data Entry |