ORIGINAL
3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

M-19-497

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 2:18-cr-20658<br>Judge: Goldsmith, Mark A.<br>MJ: Grand, David R.<br>Filed: 09-28-2018 At 02:24 PM<br>INFO USA V. SALAS-ROMAN (NA) |
| Plaintiff, | |
| v. | VIOLATION: 8 U.S.C. § 1326(a) |
| D-1 ELIAS SALAS-ROMAN, | |
| Defendant. | |
| _____/ | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE: (Unlawful Entry After Removal – 8 U.S.C. § 1326(a))**

D-1 ELIAS SALAS-ROMAN

On or about September 11, 2018, within the Eastern District of Michigan, Southern Division, ELIAS SALAS-ROMAN, an alien who had previously been excluded, deported and removed from the United States, on or about January 06, 2015 at or near Laredo, Texas, was found in, or attempted to re-enter, the United States without the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to

1

the United States, in violation of Title 8, United States Code, Section 1326(a).

MATTHEW SCHNEIDER
United States Attorney

/s/ Kenneth R. Chadwell
Kenneth R. Chadwell
Assistant United States Attorney
Deputy Chief, National Security Unit
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9698
ken.chadwell@usdoj.gov

/s/ Susan E. Fairchild
Susan E. Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9577
susan.fairchild@usdoj.gov

Dated: 9/28/18

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove— | Case:2:18-cr-20658<br>Judge: Goldsmith, Mark A.<br>MJ: Grand, David R.<br>Filed: 09-28-2018 At 02:24 PM<br>INFO USA V. SALAS-ROMAN (NA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple... .. ........., .. ... .........

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | AUSA's Initials: _SF_ |

**Case Title:** USA v. Elias Salas-Roman

**County where offense occurred:** Oakland

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/____Information — **no prior complaint.**
____Indictment/_✓_Information — **based upon prior complaint** [Case number: 18-mj-30496 ]
____Indictment/____Information — **based upon LCrR 57.10 (d)** *[Complete Superseding section below].*

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

9-28-2018
Date

*Susan E. Fairchild*
Susan E. Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9577
Fax:     (313) 226-4678
E-Mail address: susan.fairchild@usdoj.gov
Attorney Bar #: P41908

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.