**U.S. Department of Justice**  
Washington, D.C.  
03/26/19/lyl

**Criminal Docket**

| McALLEN Division | CR. No. | **M-19-0497** |

Transfer of Jurisdiction from the Eastern District of Michigan

Filed: March 18, 2019  
County: Hidalgo  
Lions #: **2019R11695**

UNITED STATES OF AMERICA

v.

ELIAS SALAS-ROMAN

Judge: RANDY CRANE

Attorneys:  
RYAN K. PATRICK, U.S. ATTORNEY  
ANDREW HENNING, ASSISTANT U.S. ATTORNEY  
Ct. 1   Nadia Medrano, AFPD 630-2995

Charge(s):   Ct. 1:   Violation of Supervised Release.  
Title 8, United States Code, Sections 3583 (e) (3)

Total Counts **(1)**

Sentenced: 1 year of supervised term release

In Jail:

On Bond:

No Arrest:

Agency: U.S. PROBATION

Date                                    Proceedings